# USERY & ASSOCIATES

AMY C. GROSS, ESQ
Admitted in NJ and NY

**MAILING ADDRESS:**
P.O. BOX 2996
HARTFORD, CT 06104-2996

Direct Dial: 917-778-6462
Email: ACGROSS@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

December 2, 2024

**Via ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *The Travelers Indemnity Company of America v. Allied World National Assurance Company,*
Case No.: 24-cv-04248-RA

Dear Judge Abrams:

I represent The Travelers Indemnity Company of America ("Travelers"), Plaintiff in the above-captioned action. I write to request that the deadline for the parties to reopen this case/submit a Stipulation of Dismissal, currently set for December 3, 2024 per this Court's October 31, 2024 Order, be extended for 31 days, to January 3, 2025, to allow the parties additional time to finalize their settlement. This is the second request for such an extension. Opposing counsel consents to this request.

cc: All counsel of record (via ECF)

Very truly yours,

/s/ Amy C. Gross

Amy C. Gross

Application granted.

SO ORDERED.

_[signature]_

Hon. Ronnie Abrams
December 3, 2024

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

**HARTFORD, CT • NEW YORK, NY • BLUE BELL, PA • GLENDALE, CA • RANCHO CORDOVA, CA
SAN DIEGO, CA • WALNUT CREEK, CA • CHICAGO, IL • NAPERVILLE, IL**